IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 1, 2008

Charles R. Fulbruge III
Clerk

No. 08-20034
Summary Calendar

NEDAL OTHMAN

Plaintiff-Appellant

V.

MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND
SECURITY; EMILIO GONZALEZ; SHARON HUDSON; ROBERT
MUELLER

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
(07-MC-532)

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Nedal Othman appeals the district court's December 13, 2007, order
denying his requests for entry of final judgment and attorney's fees. The district
court did not enter a separate document pursuant to Federal Rule of Civil

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Procedure 58, nor is it otherwise clear that the district court's order is a final judgment in this matter.

While neither party raises this issue, we have an obligation to satisfy ourselves as to our own jurisdiction. Energy Mgmt. Corp. v. City of Shreveport, 397 F.3d 297, 301 n.2 (5th Cir. 2005). We conclude that we should order a limited remand to allow the district court to indicate whether the order of December 13, 2007, was intended to be the final judgment in this case, and if not, for the court to determine whether or not it now will enter a final judgment.

IT IS ORDERED that a limited remand occur for the district court to enter an order or judgment as indicated. Proceedings on this appeal are stayed pending the receipt of the district court's order or other response.

REMANDED for proceedings consistent with this order.